**Form 252** [Ntc Revocation of Dsch]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Cynthia A Frehner<br>            Debtor(s). | Case No. 11−29025 WTT<br>Chapter 7 |

## NOTICE OF REVOCATION OF DISCHARGE

Pursuant to Fed. R. Bankr. P. 4006, please take notice that the discharge of the above−named debtor(s) has been revoked pursuant to 11 U.S.C. § 727(e).

Dated: July 16, 2013

                                                                David A. Sime
                                                                 Clerk of Court

```
                                    United States Bankruptcy Court
                                           District of Utah
In re:                                                                  Case No. 11-29025-WTT
Cynthia A Frehner                                                       Chapter 7
        Debtor                       CERTIFICATE OF NOTICE
District/off: 1088-2           User: ma                 Page 1 of 3                  Date Rcvd: Jul 16, 2013
                               Form ID: f252            Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
```
db          #+Cynthia A Frehner,    2929 E 450 N #800 F,    St. George, UT 84790-6477
7744381     +5th Judicial Court,    220 N 200 E,    St George, Utah 84770-2871
7744383     +A-i Collection Service,    101 Grovers Mill Rd #303,    Lawrenceville, NJ 08648-4706
7744384      Anderson Financial,    PO Box 3097,    Bloomington, IL 61702
7744385     +Baja Broadband,    111 W 700 S,    St George, Utah 84770-3550
7744387     +EPN, Inc,    746 E 1910 5 #5,    Provo, Utah 84606-6228
7744389     +IHC Health Services,    3930 W Parkway Blvd.,    Salt Lake City, Utah 84120-6300
7744393     +Mountainland Collections,    PO Box 1280,    American Fork, Utah 84003-6280
7744396    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd #100,
              Norfolk, VA 23502)
7744400     +Tamara Dyet Jensen,    2990 E Riverside Dr #162,    St George, Utah 84790-1472
7744401     +Washington County Small Claims,    87 N 200 E,    St George, Utah 84770-5375
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
7744386     +E-mail/Text: banko@bonncoll.com Jul 17 2013 00:33:33      Bonneville Collections,   1186 E 4600 5,
              Ogden, Utah 84403-4332
7744388     +E-mail/Text: bankruptcy@expressrecovery.com Jul 17 2013 00:34:31
              Express Recovery Service, Inc,    PO Box 26415,    Salt Lake City, Utah 84126-0415
7744394     +E-mail/Text: bkclerk@north-american-recovery.com Jul 17 2013 00:35:11       N.A.R., Inc.,
              5225 W. Wiley Post Way, Suite 410,     Salt Lake City, Utah 84116-2561
8676412      E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2013 00:34:46
              Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
7744397     +E-mail/Text: bcreech@scacollections.com Jul 17 2013 00:35:31       SCA Collections, Inc,
              PO Box 876,    Greenville, NC 27835-0876
7744399      E-mail/Text: bankruptcy.noticing@security-finance.com Jul 17 2013 00:34:06        Security Finance,
              204 E Main St,    Spartanburg, SC 29306
                                                                                              TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7744398      Salt Lake County,    240 E 400 S,    RETURNED MAIL--99999
7744382*    +5th Judicial Court,    220 N 200 E,    St George, Utah 84770-2871
7744390*    +IHC Health Services,    3930 W Parkway Blvd.,    Salt Lake City, Utah 84120-6300
7744391    ##+Interstate Lending,    14980 N 78th Way #205,    Scottsdale, AZ 85260-3400
7744392    ##+Liberty Acquisitions,    200 Union Blvd #223,    Lakewood, CO 80228-1831
7744395    ##+Outsource Recievables,    3017 Taylor Ave.,    Ogden, Utah 84403-0913
7744402     ##Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228
                                                                                  TOTALS: 1, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                          **Signature:** _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

          Michael F. Thomson    on behalf of Plaintiff Michael F. Thomson thomson.michael@dorsey.com
          Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

                                                              TOTAL: 3